FORM B6A
(10/05)

In re: **Caleb Kristoffer Masser** ,                              Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total ➢ | **0.00** | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re **Caleb Kristoffer Masser**                               ,         Case No. _____
                               **Debtor**                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Patricia Wolf** | | **750.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Carpets/Rugs**<br>**Sofas/Chairs**<br>**Tables**<br>**Lamps**<br>**Pictures/MIrrors**<br>**Window Coverings**<br>**Music Players, TV's**<br>**Appliances**<br>**Small Appliances**<br>**Cookware**<br>**Dishes, Utensils**<br>**Beds**<br>**Bedding**<br>**Bureaus, Dressers**<br>**Tools**<br>**Lawn Mower**<br>**Grill**<br>**Outdoor Furniture** | | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Men's clothes** | | **200.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Gun** | | **200.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Form B6B-Cont.
(10/05)

In re **Caleb Kristoffer Masser** _____ , Case No. _____
                                Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Form B6B-Cont.
(10/05)

In re **Caleb Kristoffer Masser** ,   Case No. _____
                                  **Debtor**                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1983 Dodge Pickup; 1/2 ton; doesn't run** | | 800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **hp xt 926 PC with Printer** | | 200.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **1996 JD Sabre Lawn Tractor**<br>**Tools**<br>**Grill**<br>**Outdoor furniture** | | 800.00 |

Form B6B-Cont.
(10/05)

**In re  Caleb Kristoffer Masser**                                                ,            **Case No.** _____
                          **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _3_ continuation sheets attached       Total ➢ | | $ 4,450.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re **Caleb Kristoffer Masser** ,            Case No. _____
                   Debtor                                                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                    $125,000.
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1983 Dodge Pickup; 1/2 ton; doesn't run** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **800.00** | **800.00** |
| **1996 JD Sabre Lawn Tractor**<br>**Tools**<br>**Grill**<br>**Outdoor furniture** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **800.00** | **800.00** |
| **Carpets/Rugs**<br>**Sofas/Chairs**<br>**Tables**<br>**Lamps**<br>**Pictures/MIrrors**<br>**Window Coverings**<br>**Music Players, TV's**<br>**Appliances**<br>**Small Appliances**<br>**Cookware**<br>**Dishes, Utensils**<br>**Beds**<br>**Bedding**<br>**Bureaus, Dressers**<br>**Tools**<br>**Lawn Mower**<br>**Grill**<br>**Outdoor Furniture** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **500.00** | **1,500.00** |
| | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | **1,000.00** | |
| **Gun** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **200.00** | **200.00** |
| **hp xt 926 PC with Printer** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **200.00** | **200.00** |
| **Men's clothes** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **200.00** | **200.00** |
| **NONE** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **750.00** | **750.00** |

FORM B6D
(10/05)

**In re:** **Caleb Kristoffer Masser** ,                **Case No.** _____
                            Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE _____ | | | | | |

0 Continuation sheets attached

|   |   |
|---|---|
| **Subtotal** ➤ (Total of this page) | **$0.00** |
| **Total** ➤ (Use only on last page) | **$0.00** |

(Report total also on Summary of Schedules)

Form B6E
(10/05)

In re **Caleb Kristoffer Masser**                                                    Case No. _____
                          Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❏ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

❏ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

❏ **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                              <u>1</u>   Continuation sheets attached

Form B6E -Cont.
(10/05)

In re **Caleb Kristoffer Masser**,
Debtor

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ $0.00 | $0.00
(Total of this page)

Total ▶ $0.00 | $0.00
**(Use only on last page of the completed Schedule E.)**
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re **Caleb Kristoffer Masser** , Case No. _____
                                  **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Associated Radiologists, P.A** <br> **322 E Antietam St., Suite 106** <br> **Hagerstown, MD 21740** | | | | | | | **700.00** |
| ACCOUNT NO.  **5178052408011035** <br> **Capital One Services** <br> **P.O Box 550720** <br> **Jacksonville, FL 32255-0720** <br><br> **Capital One Services** <br> **15000 Capital One Dr.** <br> **Richmond, VA 23238-1119** | | | | | | | **615.08** |
| ACCOUNT NO. <br> **Center Joint Surgery and Sport Medicine** <br> **11110 Medical Campus Rd. #103** <br> **Hagerstown, MD 21742** <br><br> **LaVale Collection Agency** <br> **101 Woolworth Ave.** <br> **LaVale, MD 21502** | | | | | | | **5,878.40** |
| ACCOUNT NO. <br> **Central Collection Unit** <br> **300 West Preston St.** <br> **Baltimore, MD 21201-2321** | | | | | | | **456.30** |

__2__ Continuation sheets attached

Subtotal ▶ **$7,649.78**

Total ▶
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re **Caleb Kristoffer Masser** ,    Case No. _____
                **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Chase Bank Card Services,INC**<br>**P.O Box 52188**<br>**Phoenix, AZ 85072-2188**<br><br>**P. Scott Lowery, PC**<br>**4500 Cherry Creek Dr.**<br>**South Suite 700**<br>**Denver, CO 80246** | | | | | | | 1,103.06 |
| ACCOUNT NO. **1227996399**<br><br>**Credit Protection**<br>**13355 Noel Rd.**<br>**21st Fl.**<br>**Dallas, TX 75240-6602** | | | | | | | 66.00 |
| ACCOUNT NO. **5178007289711566**<br><br>**First Premier Bank**<br>**P.O Box 5147**<br>**Sioux Falls, SD 57117-5147**<br><br>**First Premier Bank**<br>**900 W. Delaware St.**<br>**Sioux Falls, SD 57104-0347** | | | | | | | 204.93 |
| ACCOUNT NO. <br><br>**Frederick County**<br>**P.O Box 3012**<br>**Wilmington, DE 19804** | | | | | | | 457.50 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims    Subtotal ➤    **$1,831.49**
                                                                                                  (Total of this page)

                                                                                                  Total ➤
                                                            **(Use only on last page of the completed Schedule F.)**
                                                            (Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re **Caleb Kristoffer Masser**,                                   Case No. _____
                               **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Frederick Memorial Hospital**<br>**400 West 7th St.**<br>**Frederick, MD 21701-4506** | | | | | | | 96.80 |
| ACCOUNT NO.<br>**Household Credit Services**<br>**P.O Box 17051**<br>**Baltimore, MD 21297-1051**<br><br>**J.C. Christenen & Assoc., Inc.**<br>**PO Box 519**<br>**SAUK RAPIDS, MN 56379** | | | | | | | 692.98 |
| ACCOUNT NO. 5046621200081410<br>**Ultra Diamond/GEMB**<br>**PO Box 981127**<br>**El Paso, TX 79998** | | | | | | | 1,632.00 |
| ACCOUNT NO.<br>**Washington County Emerg. Med.**<br>**PO Box 631479**<br>**Baltimore, MD 21263**<br><br>**Richard W. Lauricella, Esq.**<br>**498 N. Potomac St.**<br>**Hagerstown, MD 21740** | | | | | | | 1,796.86 |

Sheet no. 2 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ **$4,218.64**
(Total of this page)

Total ▸ **$13,699.91**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6G
(10/05)

In re:  **Caleb Kristoffer Masser**                    ,    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re: **Caleb Kristoffer Masser** ,                    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(10/05)

In re **Caleb Kristoffer Masser**,                                    Case No. _____
         Debtor                                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Carpenter** | |
| Name of Employer | **Brownstown Construction Company** | |
| How long employed | | |
| Address of Employer | | |

**Income**: (Estimate of average monthly income)                                    DEBTOR          SPOUSE

1. Current monthly gross wages, salary, and commissions
    (Prorate if not paid monthly.)                                                  $  **664.33**    $ _____
2. Estimate monthly overtime                                                        $    **0.00**    $ _____
3. SUBTOTAL                                                                         $  **664.33**    $ _____
4. LESS PAYROLL DEDUCTIONS
    a. Payroll taxes and social security                                            $   **60.08**    $ _____
    b. Insurance                                                                    $    **0.00**    $ _____
    c. Union dues                                                                   $    **0.00**    $ _____
    d. Other (Specify) _____                                                 $    **0.00**    $ _____

5. SUBTOTAL OF PAYROLL DEDUCTIONS                                                   $   **60.08**    $ _____
6. TOTAL NET MONTHLY TAKE HOME PAY                                                  $  **604.25**    $ _____
7. Regular income from operation of business or profession or farm
    (Attach detailed statement)                                                     $    **0.00**    $ _____
8. Income from real property                                                        $    **0.00**    $ _____
9. Interest and dividends                                                           $    **0.00**    $ _____
10. Alimony, maintenance or support payments payable to the debtor for the
     debtor's use or that of dependents listed above.                               $    **0.00**    $ _____
11. Social security or other government assistance
     (Specify) _____                                                         $    **0.00**    $ _____
12. Pension or retirement income                                                    $    **0.00**    $ _____
13. Other monthly income
     (Specify) _____                                                         $    **0.00**    $ _____

14. SUBTOTAL OF LINES 7 THROUGH 13                                                  $    **0.00**    $ _____
15. TOTAL MONTHLY INCOME (add amounts shown on lines 6 and 14)                      $  **604.25**    $ _____
16. TOTAL COMBINED MONTHLY INCOME         $ **604.25**                             (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

Form B6J
(10/05)

In re **Caleb Kristoffer Masser**,                                       Case No. _____
                          Debtor                                                        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 750.00 |
|    a. Are real estate taxes included?  Yes ____  No ✓ | | |
|    b. Is property insurance included?  Yes ____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 70.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 35.00 |
|    d. Other **Fuel Oil** | $ | 70.00 |
|         **Trash** | $ | 62.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 120.00 |
|    d. Auto | $ | 0.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other | $ | 0.00 |
| 14. Alimony, maintenance or support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | **1,657.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
|    a. Total monthly income from Line 16 of Schedule I | $ | 604.25 |
|    b. Total monthly expenses from Line 18 above | $ | 1,657.00 |
|    c. Monthly net income (a. minus b.) | $ | -1,052.75 |

**Form 6- Summ**

# United States Bankruptcy Court
# District of Maryland
# Greenbelt

In re **Caleb Kristoffer Masser**,
Debtor

Case No.

Chapter **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 4,450.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 13,699.91 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 604.25 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,657.00 |
| Total | | | $ 4,450.00 | $ 13,699.91 | |

Official Form 6 - Decl.
(10/05)

In re **Caleb Kristoffer Masser**                                    Case No. _____
                    **Debtor**                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **17**
(Total shown on summary page plus 1.)
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **8/4/2006**                      Signature: **/s/ Caleb Kristoffer Masser**
                                                              **Caleb Kristoffer Masser**
                                            [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.